IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PAUL REED CONSTRUCTION & SUPPLY, INC.**, a Nebraska corporation, | ) ) ) ) | Case No. 8:12cv48 |
| Plaintiff/Counterclaim-Defendant, | ) ) ) | |
| vs. | ) ) | |
| **ARCON, INC.**, a Colorado corporation, | ) ) ) | |
| Defendant/Counterclaimant, | ) ) | |
| **GRANITE RE, INC.**, an Oklahoma corporation, | ) ) ) | ORDER |
| Defendant. | ) ) | |
| **ARCON, INC.**, a Colorado corporation, | ) ) ) | |
| Third-Party Plaintiff, | ) ) | |
| vs. | ) ) | |
| **WESTERN SURETY COMPANY,** | ) ) | |
| Third-Party Defendant. | ) | |

Pursuant to the Court's Text Order (#73), the parties have submitted a Joint Status Report via email, requesting that the stay in this case be lifted and the deadlines in the Order Setting Final Schedule for Progression (#62) be amended.  Therefore,

**IT IS ORDERED**:

1. The stay in the case is hereby lifted.

2. On or before **July 15, 2013**, the parties shall file a joint stipulation including proposed amended progression deadlines.

**DATED:   July 1, 2013.**

                          **BY THE COURT:**

                          s/ F.A. Gossett, III
                          **United States Magistrate Judge**