IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAUL REED CONSTRUCTION & SUPPLY, INC., a Nebraska corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 8:12CV48 |
| V. | ) ) | |
| ARCON, INC., a Colorado corporation, | ) ) | **ORDER** |
| Defendant. | ) ) ) | |

Due to a recent change in her schedule, Chief Judge Laurie Smith Camp will not be available for trial during the week of February 18, 2014.  Therefore, the trial and pretrial conference dates will be rescheduled.

**IT IS ORDERED:**

1.  The February 18, 2014 jury trial before Chief Judge Laurie Smith Camp is rescheduled to the week of **May 20, 2014.**

2.  The January 16, 2014 pretrial conference before Magistrate Judge F.A. Gossett is rescheduled to **April 21, 2014, at 9:30 A.M.**

DATED this 27th day of December, 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge