IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PAUL REED CONSTRUCTION & SUPPLY, INC.**, a Nebraska corporation, | ) ) ) ) | Case No. 8:12cv48 |
| Plaintiff/Counterclaim-Defendant, | ) ) ) | |
| vs. | ) ) | |
| **ARCON, INC.**, a Colorado corporation, | ) ) ) | |
| Defendant/Counterclaimant, | ) ) ) | |
| **GRANITE RE, INC.**, an Oklahoma corporation, | ) ) ) | ORDER |
| Defendant. | ) ) ) | |
| **ARCON, INC.**, a Colorado corporation, | ) ) ) | |
| Third-Party Plaintiff, | ) ) | |
| vs. | ) ) | |
| **WESTERN SURETY COMPANY,** | ) ) | |
| Third-Party Defendant. | ) | |

Arcon, Inc. has advised the Court that Brittney Krause is no longer serving as counsel in this action. (Filing 136.)  Arcon has filed a motion requesting that Ms. Krause be removed as its counsel of record and that Ms. Krause stop receiving electronic notices in this matter.  Because Arcon will remain represented in this case, the motion will be granted.

**IT IS ORDERED:**

1. Arcon's motion (filing 136) is granted.

2. The Clerk of Court shall terminate Brittney Krause's appearance as counsel of record for Arcon and shall terminate future notices to Ms. Krause in this matter.

**DATED July 15, 2014.**

                                  **BY THE COURT:**

                                  **S/ F.A. Gossett**
                                  **United States Magistrate Judge**